# Exhibit A

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BOONE SUPERIOR COURT I |
| | ) SS: | |
| COUNTY OF BOONE | ) | CAUSE NO. 06D01-1203-CT-148 |

ZACHARY D. CHAPMAN, )
)
    Plaintiff, )
)
v. )
)
ARMSTRONG TRANSPORT, INC. and )
GREGORY A. ARMSTRONG, )
)
    Defendants. )

## RESPONSE TO DEFENDANT'S FIRST REQUEST FOR ADMISSION

Plaintiff Zachary D. Chapman, by counsel, pursuant to Ind. Trial Rule 36, respectfully submits the following answer to the First Request for Admission in this cause.

Respectfully submitted,

PARR RICHEY OBREMSKEY
FRANDSEN & PATTERSON LLP

Attorneys for Plaintiff

By_____
John M. McLaughlin, 28678-06

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been placed in the United States mail, addressed to the following, this ___2___ day of April, 2012:

Christopher R. Whitten
Jason J. Hoy
James L. Culp
WHITTEN LAW OFFICE
313 Western Blvd., Suite K
Greenwood, IN 46142

_____
John M. McLaughlin, 28678-06

Anthony W. Patterson, 17497-53
John M. McLaughlin, 28678-06
PARR RICHEY OBREMSKEY FRANDSEN
 & PATTERSON LLP
225 West Main Street
P.O. Box 668
Lebanon, Indiana 46052
Telephone:    (765) 482-0110
              (317) 269-2509
Facsimile:    (765) 482-6585

1. The total of all of Plaintiff's damages, tangible and intangible, arising from the accident for which Plaintiff seeks compensation is less than $75,000, the jurisdictional threshold for federal court diversity jurisdiction.

<u>RESPONSE</u>: Deny

I affirm under the penalties of perjury that the following representations are true and correct to the best of my knowledge and belief.

_____
Zachary D. Chapman