# Exhibit B

STATE OF INDIANA        )
                        ) SS:
COUNTY OF BOONE         )

BOONE SUPERIOR COURT I

CAUSE NO.: 06D01-1203-CT-148

ZACHARY D. CHAPMAN,

    Plaintiff,

vs.

ARMSTRONG TRANSPORT, INC.
and GREGORY A. ARMSTRONG,

    Defendants.

FILED
MAR 2 2 2012
CLERK BOONE SUPERIOR COURT I

## ORDER ON DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

This matter came before the Court on Defendants' Motion for Enlargement of Time to Answer Complaint. The Court having been first duly advised, now **GRANTS** the Motion.

IT IS THEREFORE ORDERED that Defendants, Armstrong Transport, Inc. and Gregory A. Armstrong, shall have up to and including May 11, 2012, in which to respond to Plaintiff's Complaint.

Date:_____

_____
Judge, Boone Superior Court, No. 1

Copies to:
Anthony W. Patterson, Esq.
John M. McLaughlin, Esq.
PARR RICHEY OBREMSKEY
    FRANDSEN & PATTERSON, LLP
225 West Main Street
PO Box 668
Lebanon, IN 46052
*Counsel for Plaintiff*

Christopher R. Whitten, Esq.
Jason J. Hoy, Esq.
James L. Culp, Esq.
WHITTEN LAW OFFICE
313 Western Blvd, Suite K
Greenwood, IN 46142
*Counsel for Defendants*

RECEIVED
MAR 2 4 2012
BY:_____

| | | |
|---|---|---|
| STATE OF INDIANA ) | | BOONE SUPERIOR COURT I |
| ) SS: | | |
| COUNTY OF BOONE ) | | CAUSE NO.: 06D01-1203-CT-148 |

ZACHARY D. CHAPMAN, )
)
    Plaintiff, )
)
vs. )
)
ARMSTRONG TRANSPORT, INC. )
and GREGORY A. ARMSTRONG, )
)
    Defendants. )

FILED 3/20/12
MAR 22 2012
CLERK BOONE SUPERIOR COURT I

## MOTION FOR ENLARGEMENT OF TIME

Defendants, Armstrong Transport, Inc. and Gregory A. Armstrong, by counsel, hereby respectfully request the Court for an enlargement of time of 30 days to respond to the Complaint ("Complaint") of Plaintiff, Zachary D. Chapman, and in support thereof, state as follows:

1. On or about March 19, 2012, Defendants, Armstrong Transport, Inc. and Gregory A. Armstrong, were served with a copy of the Summons and Complaint.

2. The time for Defendants to respond to Plaintiff's Complaint has not yet expired.

3. Counsel for Defendants requires additional time to confer with his clients and to prepare an appropriate response to the Complaint.

4. No prior enlargement of time has been requested or obtained.

WHEREFORE, Defendants, Armstrong Transport, Inc. and Gregory A. Armstrong, by counsel, respectfully request the Court for an enlargement of

RECEIVED
MAR 2 4 2012
BY:_____

time of 30 days up to and including May 11, 2012, in which to respond to the Complaint and for all other just and proper relief.

Respectfully submitted,

WHITTEN LAW OFFICE

*/s/ Whitten*

Christopher R. Whitten/20429-49
Jason J. Hoy/20931-49
James L. Culp/26326-49
*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel of record, by first-class United States mail, postage prepaid, on March 20, 2012:

Anthony W. Patterson, Esq.
John M. McLaughlin, Esq.
PARR RICHEY OBREMSKEY
    FRANDSEN & PATTERSON, LLP
225 West Main Street
PO Box 668
Lebanon, IN 46052

*/s/ Whitten*

Christopher R. Whitten
Jason J. Hoy
James L. Culp

WHITTEN LAW OFFICE
313 Western Blvd, Suite K
Greenwood, IN 46142
PH:   317-885-8665
Fax:  317-885-8685

2

| | |
|---|---|
| STATE OF INDIANA      )<br>                              ) SS:<br>COUNTY OF BOONE   ) | BOONE SUPERIOR COURT I<br><br>CAUSE NO.: 06D01-1203-CT-148 |

ZACHARY D. CHAPMAN,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
ARMSTRONG TRANSPORT, INC.　　)
and GREGORY A. ARMSTRONG,　　)
　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　)

FILED 3/20/12
MAR 2 2 2012
CLERK BOONE SUPERIOR COURT I

## APPEARANCE BY ATTORNEYS IN CIVIL CASE

**Party Classification:**   Defendants

　　　　1.　　The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **Armstrong Transport, Inc. and Gregory A. Armstrong**

　　　　2.　　Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

　　　　　　　　Christopher R. Whitten, Attorney No. 20429-49
　　　　　　　　　　Jason J. Hoy, Attorney No. 20931-49
　　　　　　　　　　James L. Culp, Attorney No. 26326-49
　　　　　　　　　　　　Whitten Law Office
　　　　　　　　　　313 Western Blvd., Suite K
　　　　　　　　　　Greenwood, Indiana 46142
　　　　　　　　　　(317) 885-8665 Telephone
　　　　　　　　　　(317) 885-8685 Facsimile

　　　　3.　　There are other party members: No.

　　　　4.　　If first initiating party filing this case, the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3): N/A.

　　　　5.　　I will accept service by FAX at the above noted number: No.

RECEIVED
MAR 2 4 2012
BY:_____

6. This case involves support issues. No. (If yes, supply social security number for all family members).

7. There are related cases: No. (If yes, list case and cause no.).

8. This form has been served on all other parties. Certificate of Service is attached: Yes.

9. Additional information required by local rule: N/A.

Respectfully submitted,

WHITTEN LAW OFFICE

_____
Christopher R. Whitten/20429-49

_____
Jason J. Hoy/20931-49

_____
James L. Culp/26326-49
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel of record, by first-class United States mail, postage prepaid, on March 20, 2012:

Anthony W. Patterson, Esq.
John M. McLaughlin, Esq.
PARR RICHEY OBREMSKEY
    FRANDSEN & PATTERSON, LLP
225 West Main Street
PO Box 668
Lebanon, IN 46052

 

_____
Christopher R. Whitten
Jason J. Hoy
James L. Culp

WHITTEN LAW OFFICE
313 Western Blvd, Suite K
Greenwood, IN 46142
PH:   317-885-8665
Fax:  317-885-8685

3

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BOONE SUPERIOR COURT I |
| | ) SS: | |
| COUNTY OF BOONE | ) | CAUSE 06D01-1203-CT-148 |

| | |
|---|---|
| ZACHARY D. CHAPMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ARMSTRONG TRANSPORT, INC. and | ) |
| GREGORY A. ARMSTRONG, | ) |
| | ) |
| Defendants. | ) |

**FILED**

MAR 1 5 2012

*[signature]*
CLERK BOONE SUPERIOR COURT I

## APPEARANCE BY ATTORNEY IN CIVIL CASE

### Party Classification: Initiating

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party:

   Plaintiff Zachary D. Chapman

2. Applicable attorney information for service as required by Ind. Trial Rule 5(B)(2) and for case information as required by T.R. 3.1 and T.R. 77(B):

   Anthony W. Patterson, 17497-53
   John M. McLaughlin, 28678-06
   PARR RICHEY OBREMSKEY
     FRANDSEN & PATTERSON LLP
   225 West Main Street
   Post Office Box 668
   Lebanon, Indiana 46052
   Telephone:   (765) 482-0110
                (317) 269-2509
   Fax:         (765) 483-3444
   Computer Address: tpatterson@parrlaw.com
                     jmclaughlin@parrlaw.com

3. All parties are shown in the caption above.

4. Case Type:   CT

5. I will not accept service by fax at the above number.

6. If this case involves support issues, social security numbers are: Not applicable.

7. To my knowledge, there are no related cases.

8. Counsel is aware of no other information required by local rule.

> PARR RICHEY OBREMSKEY
> FRANDSEN & PATTERSON LLP
>
> Attorneys for Plaintiff
>
> By _____
> John M. McLaughlin, 28678-06

424679

2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BOONE SUPERIOR COURT I |
| | ) SS: | |
| COUNTY OF BOONE | ) | CAUSE NO. _____ |

**06D01-1203-CT-148**

ZACHARY D. CHAPMAN, )
)
      Plaintiff, )
)
v. )
)
ARMSTRONG TRANSPORT, INC. and )
GREGORY A. ARMSTRONG, )
)
      Defendants. )

## SUMMONS

THE STATE OF INDIANA TO DEFENDANT :     Armstrong Transport, Inc.
c/o Gregory A. Armstrong, Registered Agent
3568 Shelbourne Drive
Rockford, IL 61109

You have been sued by the person(s) named "plaintiff", in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the plaintiff has made against you.

You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the date after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

The following manner of service of summons is hereby designated: * If my mail, stamped addressed envelope with return receipt attached to be prepared by attorney.

Date .........MAR 14 2012........, 2012         SERVICE BY CERTIFIED MAIL

Anthony W. Patterson, 17497-53
John M. McLaughlin, 28678-06
*Attorneys for Plaintiff*
PARR RICHEY OBREMSKEY FRANDSEN & PATTERSON LLP
225 West Main Street
P. O. Box 668
Lebanon, IN 46052
Telephone:    765-482-0110

                                         *Penny S. Bogan*
                                  Clerk of the Boone County Circuit/Superior Courts

### RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

(1)    By delivering a copy of the Summons and a copy of the complaint to the defendant, ........................................
................................................................................................on the .......... day of .............................., 20........

(2)    By leaving a copy of the Summons and a copy of the complaint at ........................................................................
...................................................................................... the dwelling place or usual place of abode of the said defendant, with a person of
suitable age and discretion residing therein, namely .............................................................................................
..................................................................................................................................................................................

(3) ..........................................................................................

Sheriff's Fees: ..............................

Additional ......................................

.......................................................................
Sheriff of Boone County, Indiana

By: ......................................................................

### CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the ............ day of ..............................................., 20........., I mailed a copy of this summons and a copy of the complaint to the defendant, ..................................................................................................................,

by ................., mail, requesting a return receipt, at the address furnished by the plaintiff.

*Penny S. Bogan* (signature)

.......................................................................
Clerk of the Boone County Circuit/Superior Courts

Dated ................ MAR 14 2012 ..........., 20..........

### RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to defendant ............................................................................................. was accepted by the defendant on the ................. day of ..................................................., 20.................

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint was returned not accepted on the ................. day of ..............................., 20..........

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to defendant ............................................................................................. was accepted by .....................................................

(Age) .................. on behalf of said defendant on the .................. day of ..............................................., 20........

.......................................................................
Clerk of the Boone County Circuit/Superior Courts

### SERVICE ACKNOWLEDGED

A copy of the within summons and a copy of the complaint attached thereto were received by me at ........................................... ........................................................., this .................. day of ..........................................................., 20...............

.......................................................................
*Signature of Defendant*

424681

2

*H# Jick Fox 800-835-1517 E5206*
*317-885-8685*

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BOONE SUPERIOR COURT I |
| | ) SS: | |
| COUNTY OF BOONE | ) | CAUSE NO. 06D01-1203-CT-148 |

ZACHARY D. CHAPMAN, )
)
    Plaintiff, )
)
v. )
)
ARMSTRONG TRANSPORT, INC. and )
GREGORY A. ARMSTRONG, )
)
    Defendants. )

**FILED**
MAR 1 5 2012
[signature]
CLERK BOONE SUPERIOR COURT I

## COMPLAINT FOR DAMAGES

Plaintiff, Zachary D. Chapman, by counsel, in support of his Complaint for Damages against Defendants, Gregory A. Armstrong and Armstrong Transport, Inc., states the following:

1. Plaintiff is and was at all times relevant hereto a resident of Granite Falls, Minnesota.

2. Defendant, Armstrong Transport, Inc. ("Armstrong Transport"), is and was at all times relevant hereto a corporation doing business in the State of Indiana.

3. Defendant, Gregory A. Armstrong ("Armstrong"), is and was at all times relevant hereto a resident of Rockford, Illinois.

4. At all times relevant hereto, Armstrong was an employee of Armstrong Transport acting in the course and scope of his employment with Armstrong Transport.

5. On or about January 21, 2011, Armstrong was operating a semi-tractor trailer on Interstate 65 South in Boone County, Indiana.

6. On or about this date, Plaintiff was operating a semi-tractor trailer on Interstate 65 South in Boone County, Indiana.

7. On or about this date, Armstrong operated his semi-tractor trailer in a careless and negligent manner.

8. As a direct and proximate result of Armstrong's negligence, the semi-tractor trailer Plaintiff was operating collided with the semi-tractor trailer Armstrong was operating.

9. As a direct and proximate result of the collision, Plaintiff suffered serious temporary and permanent personal injuries.

10. As a direct and proximate result of Armstrong's negligence causing Plaintiff's injuries, Plaintiff suffered damages, including, but not limited to, personal injuries, medical expenses, physical pain and suffering, emotional suffering, loss of enjoyment of life, lost wages, and impaired earning capacity.

11. As a result of Armstrong's employment with Armstrong Transport, Armstrong Transport is liable to Plaintiff for all damages as a direct and proximate result of Armstrong's carelessness and negligence.

12. Defendants are liable to Plaintiff for all damages he incurred as a direct and proximate result of Armstrong's negligence, including, but not limited to, personal injuries, past and future medical expenses, past and future physical pain and suffering, past and future emotional suffering, lost wages, impaired earning capacity, and the loss of enjoyment of life.

WHEREFORE, Plaintiff, Zachary D. Chapman, by counsel, prays for a verdict in an amount sufficient to compensate him for all damages caused by Defendants Armstrong Transport, Inc. and Gregory A. Armstrong's negligence to which he is entitled under Indiana law.

Respectfully submitted,

PARR RICHEY OBREMSKEY
FRANDSEN & PATTERSON LLP

Attorneys for Plaintiff

By _____
    John M. McLaughlin, 28678-06

## REQUEST FOR JURY TRIAL

Plaintiff, by counsel and pursuant to Ind. Trial Rule 38, hereby requests a trial by jury in this cause.

Respectfully submitted,

PARR RICHEY OBREMSKEY
FRANDSEN & PATTERSON LLP

Attorneys for Plaintiff

By _____
    John M. McLaughlin, 28678-06

Anthony W. Patterson, 17497-53
John M. McLaughlin, 28678-06
PARR RICHEY OBREMSKEY
  FRANDSEN & PATTERSON LLP
225 West Main Street
Post Office Box 668
Lebanon, Indiana  46052
Telephone:   (765) 482-0110
             (317) 269-2509
Facsimile:   (765) 483-3444
Computer Address:  tpatterson@parrlaw.com
                   jmclaughlin@parrlaw.com

424667

3